SEALED

W ✓ S ___ NP ___

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 NOV 17 PM 1:14

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:05CR419 |
| Plaintiff, ) | |
| ) | **INDICTMENT** |
| v. ) | |
| ) | (21 U.S.C. § 841(a)(1) |
| CURTIS ALAN ROBEY, ) | 21 U.S.C. § 841(b)(1) |
| ) | 18 U.S.C. § 922(g) |
| Defendant. ) | 21 U.S.C. § 853) |

**JUDGE STROM**

**MAGISTRATE JUDGE THALKEN**

The Grand Jury charges:

## COUNT I

On or about October 18, 2005, in the District of Nebraska, the Defendant, CURTIS ALAN ROBEY, did knowingly and intentionally possess with the intent to distribute at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about October 18, 2005, in the District of Nebraska, the Defendant, CURTIS ALAN ROBEY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Robbery on July 31, 1974, in Douglas County, Nebraska, did knowingly possess the following firearms, which had been shipped or transported in interstate commerce, to wit:

1) Ithica 12 gauge over/under shotgun, Serial # S5613261;

2) Winchester Model 190 .22 caliber rifle, Serial # 505876;

3) Remington 870 Express 12 gauge shotgun, Serial # B086946M;

4) Bounty Hunter II 12 gauge side by side shotgun, Serial # 04608B;

5) Davis Industries .32 caliber double barrel Derringer handgun, Serial # 551657;

6) Crossman 150 .22 caliber pistol, Serial # 599635.

In violation of Title 18, United States Code, Section 922(g).

## COUNT III

As a result of the offenses as set forth in Count I above, the Defendant, CURTIS ALAN ROBEY, shall forfeit to the United States any and all property constituting or derived from any proceeds said Defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit and/or to facilitate the commission of the violation alleged in Count I of this Indictment, including but not limited to:

A. $9,080 in United States currency

In violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER
Assistant U.S. Attorney