IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR419 |
| | ) | |
| v. | ) | |
| | ) | |
| CURTIS ALAN ROBEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing date and for additional time to file an objection to the presentence investigation report (Filing No. 25). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED:

1) Sentencing is rescheduled for:

**Friday, September 1, 2006, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

2) Defendant shall have until August 18, 2006, to file an objection to the presentence investigation report.

DATED this 13th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court