IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR419 |
| | ) | |
| v. | ) | |
| | ) | |
| CURTIS ALAN ROBEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that sentencing is rescheduled for:

**Monday, November 6, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 2nd day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court